IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ANDERSON, | ) |
| | ) |
| Petitioner, | ) No. CIV-04-1172 GEB GGHP |
| | ) Eastern California |
| v. | ) (Sacramento) |
| | ) |
| CALIFORNIA BOARD OF PRISON TERMS, et al., | ) ORDER EXTENDING TIME |
| | ) TO FILE AMENDED |
| | ) HABEAS PETITION |
| Respondents. | ) |
| _____ | ) |

For good cause shown, the time for Petitioner to file his Amended Habeas Petition in the above-entitled case is extended from April 25, 2005 to May 16, 2005.

DATED: 4/26/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

ande1172.eot04