IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ANDERSON, | ) |
| | ) |
| Petitioner, | ) No. CIV-04-1172 GEB GGH P |
| | ) Eastern California |
| v. | ) (Sacramento) |
| | ) |
| CALIFORNIA BOARD OF PRISON TERMS, et al., | ) ORDER EXTENDING TIME ) TO FILE AMENDED ) HABEAS PETITION TILL |
| Respondents. | ) FURTHER ORDER |
| _____ | ) |

For good cause shown, the time for Petitioner to file his Amended Habeas Petition in the above-entitled case is extended from May 16, 2005 until further order of this court.

**DATED: 5/16/05**

/s/ Gregory G. Hollows
_____
**GREGORY G. HOLLOWS**
**United States Magistrate Judge**

ande1172.eot05