**FILED**

JUN 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ANDERSON,<br><br>                    Petitioner,<br><br>    v.<br><br>CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>                    Respondents. | CASE NO. CIV S-04-1172 GEB GGH P<br><br>**[PROPOSED] ORDER**<br><br>Judge:  Honorable Gregory G. Hollows |

GOOD CAUSE APPEARING, Respondents' counsel is excused from appearing before this Court on June 16, 2005, at 10:00 a.m., which is the date and time currently set for hearing on Petitioner's motion.

Dated: _June 22, 2005 nunc pro tunc_

_/s/ Gregory G. Hollows_
**GREGORY G. HOLLOWS**
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

Resp's Statement of Non-Opposition to Motion to Withdraw as Counsel; Decl of D. Kossick; [Proposed] Order
3