IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR ANDERSON,

    Petitioner,                    No. CIV S-04-1172 GEB GGH P

   vs.

CA BOARD OF PRISON TERMS, et al.,

    Respondents.                 ORDER

_____/

       Petitioner's counsel has filed a request that certain documents be removed from the court's file. Counsel's request includes a lodged proposed order via ECF in .pdf format. However, petitioner's counsel has not submitted a proposed order in a word processing format in accordance with the local rules. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

       IT IS SO ORDERED.

Dated: 8/16/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:009
leyv0031.ord