IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR ANDERSON,** | CIV S-04-1172 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **CALIFORNIA BOARD OF PRISON TERMS, et al.,** | |
| Respondent. | |

Respondent has filed a request that this case be stayed pending a ruling by the Ninth Circuit in *Sass v. California Board of Prison Terms*, Case No. 05-16455, after which respondent seeks a 30-day extension of time to file objections to the findings and recommendations filed January 23, 2006. Respondent makes no showing as to why an appeal could not be filed, should there be a ruling favorable for respondent in *Sass,* if this court's findings and recommendations are adopted. Moreover, the exigencies of this court's calendar does not lend itself to the recommendation of a stay or the granting of such a lengthy time extension to file objections.

\\\\\
\\\\\
\\\\\
\\\\\

Order

1       Accordingly, IT IS ORDERED that respondent's February 14, 2006 request for a stay

2 is denied. The request for an extension of time to file objections to the pending findings and

3 recommendations is partially granted; respondent must file any objections ten days from the date

4 of this order.

5 Dated: 2/28/06

                                      /s/ Gregory G. Hollows

                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

ande1172.po

Order