1
2
3
4
5
6

7           IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9  ARTHUR ANDERSON,

10         Petitioner,                    No. CIV-04-1172 GEB GGH P

11      vs.

12  CA BOARD OF PRISON TERMS, et al.,

13         Respondents,                   <u>ORDER</u>

14  _____/

15         Petitioner has requested a 90-day extension of time to file his objections to the

16  February 2, 2007, findings and recommendations.  Petitioner has also requested the appointment

17  of counsel.  There currently exists no absolute right to appointment of counsel in habeas

18  proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

19  § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

20  so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does

21  not find that the interests of justice would be served by the appointment of counsel at the present

22  time.

23         Accordingly, IT IS HEREBY ORDERED that:

24         1. Petitioner's February 15, 2007 request for an extension of time is partially

25  granted;

26  \\\\\

2. Petitioner is granted twenty days from the date of this order in which to file his objections to the February 2, 2007, findings and recommendations;

3. There will be no further extension of time; and

4. Petitioner's February 15, 2007, request for appointment of counsel is denied without prejudice.

DATED: 2/26/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
ande1172.111